**Order entered January 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00863-CR

**LAWRENCE FRANK CROUSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-87861-2011**

## ORDER

The Court **GRANTS** appellant's January 17, 2013 motion for leave to late file appellant's brief.

We **ORDER** the Clerk of the Court to file appellant's brief tendered as of the date of this order.

/s/    LANA MYERS
        JUSTICE